No. 2433. BORRÁS ET AL., APELANTES, *v.* RAMIS ET AL., APELADOS.—C. de D. de Humacao. R. nov. 15, 1923. Desistido a instancia de los apelantes y del apelado Solano Mendoza, en lo que afecta a los mismos solamente, considerando firme

y ejecutiva la sentencia apelada en cuanto a las fincas que se describen en los números 4 y 5 en el párrafo 6 de la demanda enmendada, poseídas por dicho demandado; debiendo continuar el recurso y los procedimientos del litigio contra los otros demandados y las demás fincas.